BENJAMIN B. WAGNER
United States Attorney
KATHERINE T. LYDON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2722
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>ALAR JAMAR MCCRAY,<br><br>                          Defendant. | CASE NO. 2:11-CR-00394 TLN<br><br>STIPULATION AND ORDER ALLOWING DEFENDANT'S APPEARANCE ON STATE OF CALIFORNIA WRIT FOR HABEAS CORPUS AD PROSEQUENDUM<br><br>DATE: April 6, 2016<br>TIME: 9:00 a.m.<br>COURT: Hon. Troy L. Nunley |

On March 6, 2016, the Honorable Ronald Hansen, a Merced County Superior Court Judge, signed a Writ for Habeas Corpus Ad Prosequendum, attached hereto as Exhibit A, requesting that the body of the above-named defendant be produced in Merced County Superior Court for further proceedings in the case of People v. Alar Jamar Voncel McCray, 15CR-034443. Pursuant to that Writ, the defendant is to be transferred to state custody so that he may appear on his state court armed robbery charges.[1]

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney, Katherine Lydon, and the defendant Alar McCray, both individually and by and through his counsel of record, Chris Cosca, hereby stipulate that they do not oppose execution of the Writ entered by Judge Hansen. The parties agree and stipulate that the evidentiary hearing previously calendared for

---

[1] The Writ directed that the defendant be delivered for arraignment in state court on March 23, 2016; as that date has now passed the arraignment will be re-calendared in state court for a date in the near future.

STIPULATION AND ORDER

1

April 7, 2016 in the defendant's federal proceeding may be vacated.  All parties agree and stipulate that officers of the Merced County Sheriff's Department may take custody of and produce the defendant in state court to face the state armed robbery charges.

Pursuant to the Writ, the Merced County Sheriff's Department shall return the defendant to federal custody upon the conclusion of the defendant's state proceedings.

IT IS SO STIPULATED.

Dated:  April 5, 2016                                                                BENJAMIN B. WAGNER
                                                                                                 United States Attorney


                                                                                                 /s/ Katherine T. Lydon
                                                                                                 KATHERINE T. LYDON
                                                                                                 Assistant United States Attorney


Dated:  April 5, 2016                                                                /s/ Chris Cosca
                                                                                                 CHRIS COSCA
                                                                                                 Counsel for Defendant
                                                                                                 ALAR MCCRAY


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 6th day of April, 2016.

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER                                                        2

# EXHIBIT A



LARRY D. MORSE II SBN 139485
DISTRICT ATTORNEY
County of Merced
550 W. Main Street
Merced, CA 95340
(209) 385-7381

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF MERCED

| The People of the State of California | |
|---|---|
| Plaintiff, | **15CR-03443** |
| vs. | **WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| ALAR JAMAR VONCEL MCCRAY   02/05/1983 | |
| Defendant(s). | |

TO THE UNITED STATES MARSHALL AT SACRAMENTO, CALIFORNIA AND TO THE SHERIFF OF THE COUNTY OF SACRAMENTO:

It appearing to me from the attached Declaration of Deputy District Attorney Ilia Catharine McKinney, that ALAR MCCRAY, (Inmate/CDC Number V091715, X-Ref Number X-3692740) is a prisoner confined in Federal custody at the Sacramento County Main Jail, and has been charged in Merced County Superior Court Case Number 15CR-03443 with a violation of Section 211 of the Penal Code, to wit, Second Degree Robbery, a serious and violent felony under Section 667.5(c) of the California Penal Code, a matter triable in the Superior Court.

IT IS HEREBY ORDERED THAT the US Marshall Service grant permission to the Merced County Sheriff's Department to produce and deliver the body of the above-named Defendant now in custody before the Merced County Superior Court, Department 3, on the 23rd day of March, 2016, at 8:30 A.M., and any subsequent dates as directed by the Court in connection with case number 15CR-03443.

This e-copy is the official court record (GC68150).

The Sheriff of Merced County shall maintain care and custody of the inmate ALAR MCCRAY during the pendancy of the State proceedings and deliver said inmate to the Superior Court until the conclusion of the State proceedings. The Sheriff of Merced County shall then return the Defendant, ALAR MCCRAY to Federal custody.

Dated: 3/16/16

_____
Judge of the Superior Court

Writ of Habeas Corpus
DA File No. 047491032
District Attorney, County of Merced

LARRY D. MORSE II SBN 139485
DISTRICT ATTORNEY
County of Merced
550 W. Main Street
Merced, CA 95340
(209) 385-7381

FILED
MERCED COUNTY
16 MAR 16 PM 3: 25
CLERK OF THE SUPERIOR COURT
BY _____ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF MERCED

| | |
|---|---|
| The People of the State of California<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>ALAR JAMAR VONCEL MCCRAY  02/05/1983<br>　　　　　　　　　　　　　　Defendant. | 15CR-03443<br><br>**DECLARATION FOR ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

I, Ilia Catharine McKinney, Deputy District Attorney, County of Merced, declare as follows:

(1) That I am a Deputy District Attorney for the County of Merced, State of California;

(2) That the above-named subject is charged with a violation of Section 211 of the Penal Code of the State of California, to wit, Robbery in the Second Degree, a serious and violent felony as defined by Section 667.5(c) of the California Penal Code;

(3) That the case is set for Arraignment on the Complaint on March 23, 2016 at 8:30 A.M. in Department 3 of the Merced County Superior Court;

(4) That the defendant, ALAR MCCRAY (X-Ref #X-3692740), is currently a federal prisoner in the Sacramento County Main Jail in Sacramento, California;

(5) That the personal appearance of the above-named federal prisoner at the scheduled court appearance in Merced County is necessary in order to proceed with the stated charges;

(6) That in order to secure the presence of ALAR MCCRAY it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding the United States Marshal to produce said

Declaration for Writ of Habeas Corpus
DA File No. 047491032
District Attorney, County of Merced                                                                    Page 1 of 2

Defendant in said court on said date and any subsequent dates as directed by the Court in connection with the above-referenced criminal case;

It is therefore requested that this Court issue an Writ of Habeas Corpus Ad Prosequendum out of and under the seal of the Court, directed to the US Marshal, commanding him to have and produce ALAR MCCRAY to Merced County Superior Court on March 23, 2016, and, at the termination of these and any subsequent proceedings directed by the Court in this matter, to return said Defendant to the custody of said Marshal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/11/16, at Merced, California.

*Ilia Catharine McKinney* (signature)
Ilia Catharine McKinney
Deputy District Attorney

This e-copy is the official court record (GC68150).