**FILED**
February 11, 2021
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALAR JAMAR MCCRAY,

    Defendant.

Case No. 2:11-CR-00394-TLN-01

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ALAR JAMAR MCCRAY, Case No. 2:11-CR-00394-TLN-01, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    _____ Release on Personal Recognizance

    _____ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): TIME SERVED.

Issued at Sacramento, California on February 11, 2021.

By: _____
District Judge Troy L. Nunley